UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20624-CIV-UNGARO

JUAN MARIN,
    Plaintiff,

vs.

HOME DEPOT U.S.A., INC.,
    Defendant/Third Party Plaintiff,

vs.

NORTH AMERICAN ROOFING SYSTEMS, INC.,
    Third Party Defendant.

_____/

### ORDER REQUIRING AMENDED EXHIBIT AND WITNESS LISTS

THIS CAUSE is before the Court upon the parties' Joint Pretrial Stipulation, filed on March 9, 2009 (D.E. 71).

THE COURT has considered the Stipulation and the pertinent portions of the record and is otherwise fully advised in the premises. The parties' witness and exhibit lists fail to comply with Local Rule 16.1.E. For example, Defendant Home Depot's exhibit list is not numbered. Further, the Court notes that the parties' exhibits are not sufficiently described. Generic references to groups of exhibits, such as "Expert Witness Reports" and "All Medical Records," are wholly inadequate. The exhibits lists must specifically identify each and every individual document sought to be admitted. Additionally, none of the parties distinguished between those exhibits and witnesses they expect to offer at trial and those which the parties may offer at trial. Accordingly, it is hereby

ORDERED AND ADJUDGED that each party SHALL file amended exhibit and witness

lists that comply with Local Rule 16.1.E and that do not contain generic references to groups or types of documents and photos. The amended exhibit and witness lists must be filed by **no later than Thursday, March 12, 2009.** <u>No extensions will be granted.</u>

     DONE AND ORDERED in Chambers at Miami, Florida, this _10th_ day of March, 2009.

*/s/ Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record